| | | | |
|---|---|---|---|
| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Jameria Caldwell | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.

Ondrome Lewis

Case No. 2:25-mj-30427
Judge: Unassigned,
Filed: 07-01-2025 At 12:41 PM
CMP USA V. Ondrome Lewis (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 28, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jameria Caldwell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 1, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jameria Caldwell, being duly sworn, depose and state the following:

**I.    INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) and have been since September 2015. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with the ATF, I have conducted and/or participated in numerous criminal investigations focused on firearms, narcotics, armed drug trafficking violations, and criminal street gangs.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.  The ATF is currently conducting a criminal investigation concerning ONDROME LEWIS (DOB: XX/XX/1995), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

4.  I reviewed records related to LEWIS's criminal history and learned the following:

    a.  On or about May 16, 2022, LEWIS pleaded guilty to one count of felony Conspiracy to Distribute Controlled Substances in the United States District Court for the Eastern District of Michigan (case number 21-cr-20354). On September 12, 2022, LEWIS was sentenced to 16 months' incarceration with the Bureau of Prisons, followed by a term of supervised release. LEWIS is on supervised release for this offense.

5.  Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time LEWIS has spent incarcerated or under supervision as a result of his felony conviction, and the severity of his conviction, there is probable cause to believe that LEWIS is aware of his status as a convicted felon.

## II.     PROBABLE CAUSE

3.     On June 28, 2025, at approximately 8:50 p.m., Detroit Police officers on patrol in the area of Fenkell Street and Hubbell Avenue observed LEWIS standing on public property, near a strip mall, smoking what appeared to be marijuana.

4.     As the officers got closer to LEWIS, LEWIS began to walk towards a carwash in the strip mall. As he walked away from the officers, LEWIS clutched his groin area—a behavior the officers knew to be consistent with someone concealing a weapon or contraband.

5.     Officers stopped their car to investigate LEWIS. One of the officers approached LEWIS and smelled the odor of burning marijuana and observed burning marijuana in LWEIS's hand. The officer attempted to detain LEWIS, but LEWIS ran from the officers. As LEWIS ran from the officers, he continued to clutch the front of his groin area. An officer ultimately caught up to LEWIS inside the car wash and placed him under arrest. Officers recovered a loaded Smith & Wesson SW40, .40 caliber handgun from the groin area of LEWIS's shorts.

6.     On June 30, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Smith & Wesson SW-40, .40 caliber handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter

44, Section 921(a)(3).

### III. CONCLUSION

7. Probable cause exists to believe that on June 28, 2025, ONDROME LEWIS knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

_____
Jameria Caldwell, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_Elizabeth A. Stafford_
Honorable Elizabeth Stafford
United States Magistrate Judge

Dated: July 1, 2025

4